UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) ) | CRIMINAL NO. 08mj2142 |
| vs. | ) ) ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Jesus Hilario Ortega, Jr. | ) ) ) | Booking No. 10230248 |
| Defendant(s) | ) ) | |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Raul Timoteo Ramirez-Perez

DATED: 7/24/08

RECEIVED _____
DUSM

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk