1
2
3
4
5
6
7

```
          FILED

       AUG - 7 2008

   CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                       DEPUTY
```

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )  Criminal No. **08CR2458-JAH**
                                     )
11                 Plaintiff,        )  **FINDINGS AND RECOMMENDATION OF**
                                     )  **THE MAGISTRATE JUDGE UPON A**
12  v.                               )  **PLEA OF GUILTY**
                                     )
13  **JESUS HILARIO ORTEGA, JR.**,   )
                                     )
14                 Defendant.        )
15  ─────────────────────────────────)

16      Upon Defendant's request to enter a plea of Guilty pursuant

17  to Rule 11 of the Federal Rules of Criminal Procedure, this

18  matter was referred to the Magistrate Judge by the District

19  Judge, with the written consents of the Defendant, counsel for

20  the Defendant, and counsel for the United States.

21      Thereafter, the matter came on for a hearing on Defendant's

22  plea of guilty, in full compliance with Rule 11, Federal Rules of

23  Criminal Procedure, before the Magistrate Judge, in open court

24  and on the record.

25      In consideration of that hearing and the allocution made by

26  the Defendant under oath on the record and in the presence of

27  counsel, and the remarks of the Assistant United States Attorney,

28  ///

1    **I therefore RECOMMEND that the District Judge accept the**

2    **Defendant's plea of guilty.**

3    The sentencing hearing will be before United States District

4    **Judge JOHN A. HOUSTON, on OCTOBER 20, 2008, at 10:30 A.M**.

5    Objections to these Findings and Recommendation must be

6    filed within 14 days of the date of this order.

7

8

9    Dated: AUGUST 7, 2008

                                      Honorable CATHY ANN BENCIVENGO

10                                          United States Magistrate Judge

11   Copies to:

12   Hon. JOHN A. HOUSTON
    U.S. District Judge

13

    LARA STINGLEY

14   United States Attorney

15   MICHAEL BURKE
    Counsel for Defendant

16

17

18

19

20

21

22

23

24

25

26

27

28